|  |  |  |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Joseph Miner<br>PO Box 11650<br>Costa Mesa, CA 92627<br>TELEPHONE NO.: 949-903-5051   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* josephminer@gmail.com<br>ATTORNEY FOR *(Name):* self | **RECEIVED**<br>Superior Court of California<br>County of Riverside<br>12/7/2022<br>A. Oliva<br>Electronically Filed | **FOR COURT USE ONLY**<br><br>**MC-030**<br><br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>DEC 07 2022<br>8 Concepcion |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Riverside
STREET ADDRESS: 3255 E. Tahquitz Way
MAILING ADDRESS:
CITY AND ZIP CODE: Palm Springs, CA 92262
BRANCH NAME:

PLAINTIFF/PETITIONER: Joseph Miner
DEFENDANT/RESPONDENT: City of Desert Hot Springs

APRI2200098

| **DECLARATION** | **CASE NUMBER:**<br>CVPS2106001 |
|---|---|

I, Joseph Miner, defendant / appellant, declare:

This declaration concerns the record for CVPS2106001 and appeals designated APRI2200098 and APRI2200109.

The combined Clerks Transcript, as designated by the appellant and respondent for appeal APRI2200098, which is essentially the entire record, would be sufficient for the use by appellant (me) in APRI2200109. There is no need to duplicate the record. Appellant can and will use the APRI2200098 complete record for both appeals.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/7/22

Joseph Miner
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other *(Specify):*
Defendant / Appellant

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**                                                                Page 1 of 1

Exhibit 3, Page 001

APP-009E

| PROOF OF ELECTRONIC SERVICE (Court of Appeal) | |
|---|---|
| **Notice:** This form may be used to provide proof that a document has been served in a proceeding in the Court of Appeal. Please read *Information Sheet for Proof of Service (Court of Appeal)* (form APP-009-INFO) before completing this form. | |
| Case Name: Miner v. City of Desert Hot Springs<br>Court of Appeal Case Number: APRI2200098, APRI2200109<br>Superior Court Case Number: CVPS2106001 | |

1. At the time of service I was at least 18 years of age.

2. a. My ☐ residence ☒ business address is *(specify)*:
   2576 Newport Blvd. #A, Costa Mesa, CA 92627

   b. My electronic service address is *(specify)*: emailrels@gmail.com

3. I electronically served the following documents *(exact titles)*:
   Appellant's Declaration regarding production of record.

4. I electronically served the documents listed in 3. as follows:

   a. Name of person served: Tuan Vu
      On behalf of *(name or names of parties represented, if person served is an attorney)*:
      City of Desert Hot Springs

   b. Electronic service address of person served: tuan.vu@streamkim.com
   c. On *(date)*: 12/7/2022

   ☒ The documents listed in 3. were served electronically on the persons and in the manner described in an attachment *(write "APP-009E, Item 4" at the top of the page)*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/7/2022

Lily Dunlop
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ *(signature)*
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
APP-009E [New January 1, 2017]

PROOF OF ELECTRONIC SERVICE
(Court of Appeal)

Page 1 of 1
www.courts.ca.gov

Exhibit 3, Page 002