1  Harvey W. Wimer III, SBN 166326
2  hwimer@gravesandking.com
   Brendan J. Coughlin, SBN 140546
3  bcoughlin@gravesandking.com
4  **GRAVES & KING LLP**
   Attorneys at Law
5  2280 Market Street, Suite 320, Riverside, California 92501
6  **DIRECT ALL MAIL TO:**
   Post Office Box 1270, Riverside, California 92502
7  Tel: (951) 680-0100
8  Attorneys for Defendants,
   CITY OF DESERT HOT SPRINGS, erroneously sued as CITY OF DESERT HOT
9  SPRINGS, CALIFORNIA, a municipal corporation; and TUAN-ANH VU, erroneously
   sued as TUAN ANH VU an individual, in his investigative and administrative capacity
10

11              **UNITED STATES DISTRICT COURT FOR THE**

12                **CENTRAL DISTRICT OF CALIFORNIA**

13

| JOSEPH MINER, an individual. | Case No. 8:24-cv-02793-MCS-E |
|---|---|
| Plaintiff, | Related Case No: 8:22-cv-01043-CAS(MAAx) |
| v. | **NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3** |
| CITY OF DESERT HOT SPRINGS, CALIFORNIA, a municipal corporation; TUAN ANH VU, an individual, in his investigative and administrative capacity; PRESIDING JUDGE RIVERSIDE COUNTY SUPERIOR COURT, Judith Clark in her official, executive and administrative capacity; CHIEF EXECUTIVE OFFICER RIVERSIDE COUNTY SUPERIOR COURT, Jason Galkin, in his official, executive and administrative capacity; DOE DEFENDANTS 1-20, | |
| | Department: 7C |
| | Complaint Filed: December 23, 2024 |
| | Assigned To: Hon. Mark C. Scarsi |
| Defendants. | |

  The instant Case No. 8:24-cv-02793-MCS-E is related to the previously filed and pending United States District Court, Central District of California Case No. 8:22-cv-01043-CAS(MAAx) currently before the Honorable Judge Christina A. Snyder in Department 8D of this Court.  Case No. 8:22-cv-01043-CAS(MAAx) was filed on May 24, 2022.  Case No. 8:22-cv-01043-CAS(MAAx) is currently stayed pending Plaintiff Joseph Miner's ("Plaintiff") compliance with Judge Snyder's March 27, 2023, Order.

  Case Nos. 8:24-cv-02793-MCS-E and 8:22-cv-01043-CAS(MAAx) arise from the same or a closely related transaction, happening, or event.  Case Nos. 8:24-cv-02793-MCS-E and 8:22-cv-01043-CAS(MAAx) call for determination of the same or substantially related or similar questions of law and fact.  In each federal case Plaintiff Joseph Miner is alleging that Defendants, City of Desert Hot Springs, and the City of Desert Hot Springs' deputy City Attorney Tuan-Anh Vu, and others, caused him harm relating to searches, code enforcement actions, and State Court litigation in Riverside County Superior Court brought in connection with Plaintiff's ranch.

  Defendants respectfully request that the Court notice these cases as related.

DATED: March 13, 2025

**GRAVES & KING LLP**

   /s/
BRENDAN J. COUGHLIN
Attorneys for Defendants,
CITY OF DESERT HOT SPRINGS, TUAN-ANH VU

10595 - Joseph Miner v. Christina New...05-01-2021/PLEADINGS/NEW COMPLAINT/Notice of Related Case.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I served the below parties by U.S. Mail to the addresses listed and electronically filed the foregoing **NOTICE OF RELATED CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the ECF registrants at the email addresses indicated on the attached below:

| | |
|---|---|
| Joseph Miner<br>P.O. Box 11650<br>Costa Mesa, CA  92627<br>Telephone: (949) 903-5051<br>Email: josephminer@gmail.com<br>In Pro Se, JOSEPH MINER | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2025 at Riverside, California.

                                                   /s/
                                       Caroline M. Lyons
                                       GRAVES & KING LLP
                                       2280 Market Street, Suite 320
                                       Riverside, California 92501
                                       (951) 680-0100
                                       clyons@gravesandking.com