UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 24-2793-MCS(E) | Date | March 13, 2025 |
|---|---|---|---|
| Title | JOSEPH MINER v. CITY OF DESERT HOT SPRINGS, CALIFORNIA, ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**      **(IN CHAMBERS)**

   The Court is in receipt of Defendants' "Motion to Dismiss, etc." ("Motion"), filed March 13, 2025. The previously noticed April 21, 2025 hearing date is vacated. Plaintiff shall file opposition to the Motion within thirty (30) days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. Failure timely to file opposition to the Motion may result in the dismissal of the action.

cc:   Judge Scarsi
      Plaintiff
      All Counsel of Record

Initials of Deputy Clerk  VMUN