MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, Suite 1500
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendants
HON. JUDITH C. CLARK, Judge of the Superior Court of California, County of Riverside, and JASON GALKIN, Court Executive Officer of the Superior Court of California, County of Riverside

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MINER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DESERT HOT SPRINGS, CALIFORNIA, et al,<br><br>Defendants. | Case No. 8:24-cv-02793-CAS-E<br>Judge: Hon. Christina A. Snyder<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date: June 2, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D, 8th Floor<br><br>Action Filed: December 23, 2024 |

TO PLAINTIFF JOSEPH MINER:

PLEASE TAKE NOTICE that on June 2, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located in the First Street United States Courthouse, 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012-4565, Defendants the Honorable Judith C. Clark, Judge of the Superior Court of California, County of Riverside, and Jason Galkin, Court Executive Officer of the Superior Court of California, County of Riverside (collectively, "Superior Court Defendants"), will move the Court to dismiss the First Amended Complaint ("FAC") filed by Plaintiff Joseph Miner ("Plaintiff") under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion will be made on the following grounds:

1.  This Court lacks subject-matter jurisdiction under Rule 12(b)(1) over the FAC pursuant to the *Rooker-Feldman* doctrine.

2.  This Court lacks subject-matter jurisdiction under Rule 12(b)(1) over the claims, and the FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6), against the Superior Court Defendants in their official capacities because such claims are barred by the Eleventh Amendment, and the Superior Court Defendants are not "persons" within the meaning of 42 U.S.C. Section 1983 in connection with such claims.

3.  The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) because the Superior Court Defendants are not proper defendants to defend the constitutionality of California Government Code Section 53069.4(b).

4.  This Court lacks subject-matter jurisdiction under Rule 12(b)(1) over the FAC, and the FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6), because Plaintiff lacks standing to seek prospective equitable relief against the Superior Court Defendants.

5.  The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) against the Superior Court Defendants because the action is barred by

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

25508.00175\43683024.1                - 2 -                NOT. OF MOT. AND MOT. TO DISMISS
FIRST AM. COMPL.
8:24-CV-02793-CAS-E

the doctrine of judicial immunity.

This motion is made following the conference of counsel and Plaintiff pursuant to L.R. 7-3, which took place on April 11, 2025. This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities served and filed herewith, and the pleadings and papers filed herein.

Dated: April 15, 2025     BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendants
HON. JUDITH C. CLARK, Judge of the Superior Court of California, County of Riverside, and JASON GALKIN, Court Executive Officer of the Superior Court of California, County of Riverside

Joseph Miner v. City of Desert Hot Springs, et al.
United States District Court, Central District of California,
Western Division, Case No. 8:24-cv-02793-CAS(E)

## **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On April 15, 2025, I served a copy of the within document(s):

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

| ☒ | **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system. |
|---|---|

| Joseph Miner<br>P.O. Box 11650<br>Costa Mesa, CA 92627 | IN PRO PER PLAINTIFF<br><br>Tel.: (949) 903-5051<br>Email: josephminer@gmail.com |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 15, 2025, at San Diego, California.

         _____/s/  Lisa Atwood_____
           Lisa Atwood

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

PROOF OF SERVICE

25508.00175\43578297.1