Brendan J. Coughlin, SBN 140546
bcoughlin@gravesandking.com
**GRAVES & KING LLP**
Attorneys at Law
2280 Market Street, Suite 320
Riverside, California 92501
**DIRECT ALL MAIL TO:**
Post Office Box 1270
Riverside, California 92502
(951) 680-0100
Attorneys for Defendants,

CITY OF DESERT HOT SPRINGS, and TUAN-ANH VU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MINER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF DESERT HOT SPRINGS, a municipal corporation; et al.,<br><br>Defendants. | Case No. 8:24-cv-02793-CAS-E<br>Related Case No: 8:22-cv-01043-CAS-MAA<br><br>**DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND (PROPOSED) ORDER**<br><br>Date:    Vacated<br>Time:   Vacated<br>Dept:    8D<br><br>Complaint filed: December 23, 2024<br>Charles F. Eick, United States Magistrate Judge |

Defendants, CITY OF DESERT HOT SPRINGS, and TUAN-ANH VU (the "Defendants") hereby object to the following evidence submitted by Plaintiff in Opposition to Defendants' Motion to Dismiss First Amended Complaint, via the

Case 8:24-cv-02793-CAS-E   Document 32   Filed 05/07/25   Page 2 of 8   Page ID #:1070

Declaration of Joseph Miner, as follows:

| MATTER OBJECTED TO | GROUNDS OF OBJECTION | RULING |
|---|---|---|
| 1. "**EXHIBIT 1** - Defendant Vu attempts to again evade service. The registered process server attempted to serve defendant who at the city. Assistant city clerk Dan McVey a stated to the process server McVey had authority to accept service for defendant Vu. In an abundance of caution the process server visited the City three times pursuant to California law and legally subserved defendant Vu at the City offices. **On Thursday March 6, 2025 I emailed defendant Vu the complaint to two email addresses. I received an email in return from Mario Alfaro who states he represents defendant Vu and he will accept service via email. Defendant Vu was served at the City pursuant to California law by US postal mail, and by email. See both attached** | Objection. Immaterial and irrelevant. Lack of foundation. Hearsay. "Ordinarily, a motion to dismiss under Fed.R.Civ.P. 12(b)(6) is addressed to the four corners of the complaint without consideration of other documents or facts outside of the complaint." *Haskell v. Time, Inc.*, 857 F.Supp. 1392, 1396 (E.D. Cal. 1994). A complaint is deemed to include any documents attached as exhibits and any documents incorporated into the complaint by reference. *Federal Rules of Civil Procedure*, Rule 10(c). The Court in *Alexander v. Kujok*, 158 F.Supp.3d 1012, 1022 (E.D. Cal. 2016) found that an argument made based on a party's supporting declaration stems from matters | ☐ sustained<br>☐ overruled |

- 2 -
DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF AND (PROPOSED) ORDER

| | | |
|---|---|---|
| **exhibit #1 and document #19 filed with the court. Mr. Vu has been served pursuant to California law. Defendant Vu used the same evasive tactics as an Officer of the City and an Officer of the court in stayed case 8:22-cv-01043-CAS-MAA.** (Declaration of Joseph Miner, ¶6, Page 32, Lines 13 – 23.) | outside the pleading and therefore should not be considered in the context of a motion to dismiss.<br><br>The First Amended Complaint does not include any of these materials.<br><br>Unsuccessful service attempts are immaterial to whether service was properly effectuated.<br><br>These materials are not sufficiently authenticated. Facts not in evidence. Speculative conjecture. | |
| 2. "**EXHIBIT #2** - Attached is the judgment of dismissal case CVPS2106001. This is the case regarding the failure to issue notice, the un-litigated citation, the failure to provide an administrative hearing. Nothing has been adjudicated." (Declaration of Joseph Miner, ¶7, Page 32, Lines 24 – 26.) | Objection. Immaterial and irrelevant. Lack of foundation. These documents are beyond the four corners of Plaintiff's First Amended Complaint. (See *Haskell v. Time, Inc.,* 857 F.Supp. 1392, 1396 (E.D. Cal. 1994); *Alexander v. Kujok*, 158 F.Supp.3d 1012, 1022 (E.D. Cal. 2016).) Plaintiff's First | ☐ sustained<br>☐ overruled |

| | | | |
|---|---|---|---|
| | | Amended Complaint does not include any of these purported relevant materials. These materials are not sufficiently authenticated. Facts not in evidence. Speculative conjecture. | |
| | 3. "**EXHIBIT #3** - England Reservation case CVPS2106001 constitutional claims." (Declaration of Joseph Miner, ¶8, Page 32, Line 27.) | Objection. Immaterial and irrelevant. Lack of foundation. These documents are beyond the four corners of Plaintiff's First Amended Complaint. (See *Haskell v. Time, Inc.,* 857 F.Supp. 1392, 1396 (E.D. Cal. 1994); *Alexander v. Kujok*, 158 F.Supp.3d 1012, 1022 (E.D. Cal. 2016).) Plaintiff's First Amended Complaint does not include any of these purported relevant materials. These materials are not sufficiently authenticated. Facts not in evidence. Speculative conjecture. | ☐ sustained ☐ overruled |

| | | | |
|---|---|---|---|
| 4. "**EXHIBIT #4** - Affirmative Defenses case CVPS2106001 constitutional defenses. (Declaration of Joseph Miner, ¶9, Page 32, Line 28.) | Objection. Immaterial and irrelevant. Lack of foundation. These documents are beyond the four corners of Plaintiff's First Amended Complaint. (See *Haskell v. Time, Inc.,* 857 F.Supp. 1392, 1396 (E.D. Cal. 1994); *Alexander v. Kujok*, 158 F.Supp.3d 1012, 1022 (E.D. Cal. 2016).) Plaintiff's First Amended Complaint does not include any of these purported relevant materials.<br><br>These materials are not sufficiently authenticated. Facts not in evidence. Speculative conjecture. | ☐ sustained<br>☐ overruled |
| 5. "**EXHIBIT #5** - Letter to Luke Rainy city manager regarding the abusive treatment by the code officer. (This is where the code issues began) included as evidence." (Declaration of Joseph Miner, ¶9, Page 33, Lines 1 - 2.) | Objection. Immaterial and irrelevant. Lack of foundation. These documents are beyond the four corners of Plaintiff's First Amended Complaint. (See *Haskell v. Time, Inc.,* 857 F.Supp. 1392, 1396 (E.D. Cal. 1994); *Alexander v. Kujok*, 158 F.Supp.3d 1012, 1022 (E.D. Cal. 2016).) Plaintiff's First | ☐ sustained<br>☐ overruled |

| | | | |
|---|---|---|---|
| | | Amended Complaint does not include any of these purported relevant materials. These materials are not sufficiently authenticated. Facts not in evidence. Speculative conjecture. | |
| | 6. "**EXHIBIT #6** - Demurrer in case CVPS2106001 to citation #27948D. Document only provided to exhibit surgical breakdown of gross legal and factual inadequacies in the City's civil charging document used in the civil case. **The subordinate judicial officer's ruling was that a party cannot demurrer to an administrative citation.** The demurrer cites the due process issues and constitutional law. The document is persuasive support for the due process count alleged against City defendants. It is a true and correct copy of the document filed with the court. (Riverside county superior court charges exorbitant fees to download file stamped copies | Objection. Immaterial and irrelevant. Lack of foundation. These documents are beyond the four corners of Plaintiff's First Amended Complaint. (See *Haskell v. Time, Inc.*, 857 F.Supp. 1392, 1396 (E.D. Cal. 1994); *Alexander v. Kujok*, 158 F.Supp.3d 1012, 1022 (E.D. Cal. 2016).) Plaintiff's First Amended Complaint does not include any of these purported relevant materials.<br><br>These materials are not sufficiently authenticated. Facts not in evidence. Speculative conjecture. | ☐ sustained<br>☐ overruled |

| and provides no filed stamped copies upon submission of documents electronically)." (Declaration of Joseph Miner, ¶9, Page 33, Lines 3 - 10.) | | |
|---|---|---|

IT IS SO ORDERED,

Dated: _____, 2025

                                              By:_____
                                                   Charles F. Eick
                                                 United States Magistrate Judge

10595 - Joseph Miner v. Christina New...05-01-2021/PLEADINGS/NEW COMPLAINT/MOTION TO DISMISS NEW FAC/Objections to Evidence and Order.doc

- 7 -

DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF AND (PROPOSED) ORDER

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing **DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND (PROPOSED) ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the ECF registrants at the email addresses indicated on the attached below:

| | |
|---|---|
| Joseph Miner<br>P.O. Box 11650<br>Costa Mesa, CA  92627<br>Telephone: (949) 903-5051<br>Email: josephminer@gmail.com<br>In Pro Se, JOSEPH MINER | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2025, at Riverside, California.

                                                        /s/
                                     Caroline M. Lyons
                                     GRAVES & KING LLP
                                     2280 Market Street, Suite 320
                                     Riverside, California 92501
                                     (951) 680-0100
                                     clyons@gravesandking.com